The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9              AT SEATTLE
10

| | |
|---|---|
| JUSTIN YATES, DAVID ROBERTS, MICHAEL MAYES, NICHOLAS JACOB, AND JONELLI BERCASIO,<br><br>Plaintiffs,<br><br>vs.<br><br>JOE FITHIAN, Director of Public Safety, Bellevue Community College; and LAURA SAUNDERS, Vice President, Bellevue Community College ,<br><br>Defendants. | NO.  CV09-01289 RSM<br><br>ORDER ON JOINT MOTION TO STRIKE CURRENT TRIAL DATE |

The parties' joint motion to strike the trial date of October 18, 2010 is hereby granted. The court also strikes the pretrial conference date of October 6, 2010.  If the parties have not resolved the damages issue within 60 days they shall so inform the Court and request a new trial date.

ORDER ON JOINT MOTION TO STRIKE
CURRENT TRIAL DATE
(CV09-01289 RSM) – 1

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

DATED this 30th day of September, 2010.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

James E. Lobsenz, WSBA #8787
Attorney for Plaintiffs
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA  98104
Telephone: (206) 622-8020
E-Mail:  lobsenz@carneylaw.com

Suzanne R. Parisien, WSBA 24678
Attorneys for Defendants
Robert M. McKenna, Attorney General
800 5th Avenue Suite 2000
Seattle WA  98104-3188
Telephone: (206) 464-7352
E-Mail: suzannep@atg.wa.gov

ORDER ON JOINT MOTION TO STRIKE
CURRENT TRIAL DATE
(CV09-01289 RSM) – 2

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020